# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CYNTHIA A. DIXON,<br>Plaintiff,<br><br>v.<br><br>CALUSA INVESTMENTS, LLC,<br>d/b/a NEXT DAY LOAN,<br>Defendant. | C.A. No. 06-442 T |

**ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), defendant Calusa Investments, LLC d/b/a Next Day Loans and plaintiff Cynthia A. Dixon (collectively "the parties") hereby agree that the time within which defendant may respond to the Complaint is enlarged to and including December 6, 2006 and move the Court to allow the parties' assented to enlargement. As grounds therefor, the parties state as follows:

Plaintiff filed a Complaint in this matter on or about October 10, 2006. See Docket at 1.

The parties have agreed to a 30-day enlargement of time for Calusa to answer or otherwise respond to the Complaint.

This is the first request, in this action, for an enlargement of time in which to respond to the Complaint.

Good cause for allowing this Motion exists because the parties have agreed to its terms and there will be no undue delay in granting a modest enlargement of time to respond. Nor will there be prejudice to any party as this action was recently commenced and the parties' ability to take discovery and effectively prepare for a trial of this matter will not be compromised by the enlargement of time requested herein.

WHEREFORE defendant Calusa Investments, LLC d/b/a Next Day Loans and plaintiff Cynthia A. Dixon respectfully request that the Court enlarge the time within which defendant may answer or otherwise respond to the Complaint up to and including December 6, 2006.

Respectfully submitted,

CYNTHIA A. DIXON

By Her Counsel,

/s/ Christopher Lefebvre
Christopher M. Lefebvre (#4019)
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 FAX
lefeblaw@aol.com

Of counsel:

Scott C. Borison
LEGG LAW FIRM, LLC
5500 Buckeystown Pike
Frederick, MD 21703
(301) 620-1010
(301) 620-1018 FAX
boriso@legglaw.com

DATE: November 6, 2006

Respectfully submitted,

CALUSA INVESTMENTS, LLC,
d/b/a/ NEXT DAY LOANS,

By Its Counsel,

/s/ Carolyn P. Medina
Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
cpm@psh.com

Of counsel:

R. Bruce Allensworth
Irene C. Freidel
Brian M. Forbes
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175
ballensworth@klng.com
ifreidel@klng.com
bforbes@klng.com

DATED: November 6, 2006

884435_1/7511-13