UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CYNTHIA A. DIXON,<br><br>Plaintiff,<br><br>v.<br><br>CALUSA INVESTMENTS, LLC, d/b/a NEXT DAY LOAN,<br><br>Defendant. | ) | 06-CV-442 |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Calusa Investments, LLC, d/b/a Next Day Loan, hereby moves that R. Bruce Allensworth be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

/s/ Steven E. Snow
(~~Plaintiff~~/Defendant)
Steven E. Snow (#1774) (ses@psh.com)

DATED: December 6, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s), and my eligibility to practice before those courts has not been restricted in any way.

United States District Court for the District of Massachusetts
United States District Court for the Eastern District of Wisconsin
United States Court of Appeals (1st Circuit)
United States Court of Appeals (3rd Circuit)
United States Court of Appeals (5th Circuit)
United States Court of Appeals (6th Circuit)
United States Court of Appeals (7th Circuit)
United States Court of Appeals (8th Circuit)
United States Court of Appeals (11th Circuit)

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

R. Bruce Allensworth
Signature of *Pro Hac Vice* Applicant
R. Bruce Allensworth (BBO #015820)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175
E-mail: ballensworth@klng.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Print Name R.I. Bar ID #

/s//Steven E. Snow

Steven E. Snow (#1774) (ses@psh.com)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

---

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date: ______________________

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE was filed with the Clerk of the United States District Court for the District of Rhode Island this 6th day of December, 2006 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow