# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CYNTHIA A. DIXON,

Plaintiff,

v.

CALUSA INVESTMENTS, LLC,
d/b/a NEXT DAY LOAN,

Defendant.

C.A. No. 06-442 T

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CALUSA INVESTMENTS, LLC, d/b/a NEXT DAY LOANS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant Calusa Investments, LLC, d/b/a Next Day Loans ("Calusa") hereby discloses the following:

Calusa's parent corporation is Calusa Investments Holding, Inc. No publicly-held corporation or investment fund owns 10% or more ownership of Calusa's stock.

CALUSA INVESTMENTS, LLC,
d/b/a/ NEXT DAY LOANS

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: December 6, 2006

Of counsel:

R. Bruce Allensworth, Esq.
Irene C. Freidel, Esq.
Brian M. Forbes, Esq.
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175 FAX
ballensworth@klng.com
ifreidel@klng.com
bforbes@klng.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CALUSA INVESTMENTS, LLC, d/b/a NEXT DAY LOANS was filed with the Clerk of the United States District Court for the District of Rhode Island this 6th day of December, 2006 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

889725_1/5629-2