UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CYNTHIA A. DIXON,<br><br>Plaintiff,<br><br>v.<br><br>CALUSA INVESTMENTS, LLC, d/b/a NEXT DAY LOAN,<br><br>Defendant. | ) | 06-CV-442 |

**DECLARATION OF IRENE C. FREIDEL IN SUPPORT OF**
**<u>MOTION OF CALUSA INVESTMENTS, LLC TO DISMISS COMPLAINT</u>**

I, Irene C. Freidel, declare and state as follows:

1. I am an attorney at the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP in Boston, Massachusetts.

2. I am counsel for defendant Calusa Investments, LLC d/b/a Next Day Loan ("Calusa").

3. I submit this declaration in connection with the Memorandum in Support of Motion of Calusa Investments, LLC to Dismiss Complaint.

4. Attached hereto as Exhibit A is a true and accurate copy of the Federal Reserve Board, Report to the Congress on Further Restrictions on Unsolicited Written Offers of Credit and Insurance (Dec. 2004).

5. Attached hereto as Exhibit B is a true and accurate copy of the decision of the Honorable David O. Carter of the United States District Court for the Central District of California in <u>Holloway v. Home Loan Ctr., Inc.</u>, No. 2:06-cv-01068 (C.D. Cal. July 18, 2006) (granting motion to dismiss) (slip op.).

6. Attached hereto as Exhibit C is a true and accurate copy of the decision of the Honorable Catherine D. Perry of the U.S. District Court for the Eastern District of Missouri in Poehl v. Countrywide Home Loans, Inc., No. 4:06CV928 (E.D. Mo. Nov. 1, 2006) (granting motion to dismiss) (slip op.).

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 4th DAY OF DECEMBER, 2006 AT BOSTON MASSACHUSETTS.

Irene C. Freidel

Irene C. Freidel

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Declaration of Irene C. Freidel in Support of Motion of Calusa Investments, LLC to Dismiss Complaint* was filed with the Clerk of the United States District Court for the District of Rhode Island this 6th day of December, 2006 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre (Bar No. 4019)
Claude Lefebvre, Christopher Lefebvre, P.C.
P.O. Box 479
Pawtucket, RI 02862

s/ Steven E. Snow
Steven E. Snow (#1774)