**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CYNTHIA A. DIXON** **Plaintiff,** | ) | |
| v. | ) | **C.A. No. 06-442-T** |
| **CALUSA INVESTMENTS, LLC, d/b/a NEXT DAY LOAN** **Defendant** | ) | |

## UNOPPOSED MOTION TO EXTEND TIME

Now comes the Plaintiff in the above entitled matter and states the following:

1. On October 10, 2006 the Plaintiff filed a class action lawsuit seeking relief for a putative class of residence of the States of Rhode Island, Massachusetts, Maine and New Hampshire for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA").

2. On November 15, 2006 this Court approved a request to extend the time for the Defendant to file an answer or responsive pleading to the class action complaint.

3. On December 6, 2006 the Defendant filed a Motion to Dismiss Plaintiff's complaint. Plaintiff's response is presently due to be filed on or before December 26, 2006.

4. Due to previously scheduled vacations and other holiday related commitments the undersigned is requesting that he be granted an additional fourteen (14) days to respond to the detailed and complicated arguments of the Defendant as referenced in it's Motion.

5. The undersigned has conferred with opposing counsel and obtained their consent regarding this request.

**WHEREFORE,** Plaintiff prays that his Motion be granted and that the Court extend the response deadline for the Motion to Dismiss through January 9, 2007.

Respectfully submitted;

/s/Christopher M. Lefebvre

CLAUDE F. LEFEBVRE AND
CHRISTOPHER M. LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
P.O. Box 479 (Mailing address)
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)
lefeblaw@aol.com

**CERTIFICATION OF SERVICE**

I hereby certify that I filed the attached Unopposed Motion to Extend Time with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received copy and notice electronically: Steven E. Snow at Partridge Snow & Hahn LLP and Bruce Allensworth, Brian M. Forbes and Irene C. Friedel at Kirkpatrick & Lockhart Nicholson Graham LLP on December 12, 2006.

/s/Christopher M. Lefebvre