# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CYNTHIA A. DIXON,<br><br>Plaintiff,<br><br>v.<br><br>CALUSA INVESTMENTS, LLC,<br>d/b/a NEXT DAY LOAN,<br><br>Defendant. | C.A. No. 06-442 T |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION OF CALUSA INVESTMENTS, LLC TO DISMISS COMPLAINT

Defendant, Calusa Investments, LLC, d/b/a Next Day Loans ("Calusa"), hereby notifies the Court of the attached supplemental authority in support of its Motion for Judgment on the Pleadings. See Forrest v. Universal Savings Bank F.A., No. 06-C-445, 2006 WL 3486913, at *4 (E.D. Wis. Dec. 1, 2006) (holding that offer had sufficient value because the mailer did "offer credit, no annual fee, and a competitive interest rate. In other words, it offered value which was related to the extension of credit"), attached as Exhibit A hereto.

CALUSA INVESTMENTS, LLC,
d/b/a/ NEXT DAY LOANS

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: January 3, 2007

Of counsel:

R. Bruce Allensworth, Esq.
Irene C. Freidel, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175 FAX
ballensworth@klng.com
ifreidel@klng.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION OF CALUSA INVESTMENTS, LLC TO DISMISS COMPLAINT was filed with the Clerk of the United States District Court for the District of Rhode Island this 3rd day of January, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

894207_1/5629-2