**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CYNTHIA A. DIXON** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **C.A. No. 06-442-T** |
| **CALUSA INVESTMENTS, LLC, d/b/a** | ) | |
| **NEXT DAY LOAN** | ) | |
| **Defendant** | ) | |
| | ) | |

**OBJECTION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Plaintiff Cynthia A. Dixon ("Dixon" or "Plaintiff") submits this Objection to the motion filed by the Defendant. A detailed and comprehensive Memorandum in opposition to the Defendant Calusa Investments, LLC, d/b/a Next Day Loan's ("Calusa"or "Defendant") Motion to Dismiss Complaint is attached hereto and incorporated by reference.

**WHEREFORE,** Plaintiff prays that this Court deny Calusa's Motion to Dismiss.

Respectfully submitted;

/s/Christopher M. Lefebvre #4019
CLAUDE F. LEFEBVRE AND
CHRISTOPHER M. LEFEBVRE, P.C.
Two Dexter Street
P.O. Box 479 (Mailing address)
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)
lefeblaw@aol.com
January 5, 2007

**Of Counsel:**
Scott C. Borison
Bar No. 22576
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick MD 21703
Borison@legglaw.com
(301) 620-1010
(301) 620-1018 Fax

## CERTIFICATION OF SERVICE

I hereby certify that I filed the attached Objection to Motion to Dismiss with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received a copy and notice electronically: Steven E. Snow at Partridge Snow & Hahn LLP and Bruce Allensworth, Brian M. Forbes and Irene C. Friedel at Kirkpatrick & Lockhart Nicholson Graham LLP on January 05, 2007.

/s/Christopher M. Lefebvre

S:\WPFILES\Fair Credit Reporting Cases\FCRA Class Actions\Dixon v. Calusa Investments\Memo in Oppo to Motion to Dismiss.wpd