# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CYNTHIA A. DIXON,

Plaintiff,

v.

C.A. No. 06-442 T

CALUSA INVESTMENTS, LLC,
d/b/a NEXT DAY LOAN,

Defendant.

## PRO HAC VICE COUNSELS' NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

Pursuant to Local Rule 204(g) notice is hereby given that effective January 1, 2007, *pro hac vice* counsels' firm name has changed from Kirkpatrick & Lockhart Nicholson Graham LLP to **Kirkpatrick & Lockhart Preston Gates Ellis LLP**. The following email addresses have also changed: (1) bruce.allensworth@klgates.com; and (2) irene.freidel@klgates.com.

CALUSA INVESTMENTS, LLC
d/b/a NEXT DAY LOANS

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: January 19, 2007

Of counsel:

R. Bruce Allensworth, Esq. (Pro Hac Vice)
Irene C. Freidel, Esq. (Pro Hac Vice)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175 FAX
ballensworth@klgates.com
ifreidel@klgates.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PRO HAC VICE COUNSELS' NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS was filed with the Clerk of the United States District Court for the District of Rhode Island this 19th day of January, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

897113_1/5629-2