**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CYNTHIA A. DIXON** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **C.A. No. 06-442-T** |
| **CALUSA INVESTMENTS, LLC, d/b/a** | ) | |
| **NEXT DAY LOAN** | ) | |
| **Defendant** | ) | |
| | ) | |

**PLAINTIFF'S OBJECTION TO THE**
**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Now comes Cynthia A. Dixon Plaintiff in the above entitled matter, and respectfully objects to the Magistrate Judge's Report and Recommendation filed February 20, 2007 which recommends the granting of Defendant's ( Calusa Investments, LLC) Motion for Summary Judgment. Plaintiff submits a Memorandum of Law in Support of this Objection simultaneously herewith.

**WHEREFORE**, Plaintiff prays that the Magistrate's Report and Recommendation filed February 20, 2007 not be adopted by this honorable Court.

Respectfully submitted;

/s/Christopher M. Lefebvre

CLAUDE F. LEFEBVRE AND
CHRISTOPHER M. LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
P.O. Box 479 (Mailing address)
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)
lefeblaw@aol.com

**CERTIFICATION OF SERVICE**

I hereby certify that I filed the attached Objection to the Report and Recommendation with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received copy and notice electronically: Steven E. Snow at Partridge Snow & Hahn LLP and Bruce Allensworth, Brian M. Forbes and Irene C. Friedel at Kirkpatrick & Lockhart Nicholson Graham LLP on March 1, 2007.

/s/Christopher M. Lefebvre