# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CYNTHIA A. DIXON,

Plaintiff,

v.

CALUSA INVESTMENTS, LLC, d/b/a
NEXT DAY LOAN,

Defendant.

C.A. No. 05-401 S

**CALUSA'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Now comes Defendant, Calusa Investments, LLC ("Calusa") and respectfully submits its Response To Plaintiff's Objections To The Magistrate Judge's Report And Recommendation ("Pl. Objections") pursuant to L.R. Civ. 72(d)(3) and 7. Defendant relies on its Memorandum of law filed contemporaneously herewith, in requesting that this court adopt the Magistrate's Report and Recommendation ("R&R") in its entirety and grant Calusa's Motion to Dismiss.[1].

1 Calusa incorporates by reference, as if fully restated herein, its Memorandum of Law in Support of its Motion to Dismiss Complaint (Docket at 6) and its Reply Memorandum in Support of its Motion to Dismiss Complaint (Docket at 14).

Respectfully submitted,

Calusa Investments, LLC, d/b/a Next Day Loans,

By its counsel,

/s/ Steven E. Snow (#1774) ses@psh.com
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

Of Counsel:

R. Bruce Allensworth (ballensworth@klng.com)
Irene C. Freidel (ifreidel@klng.com)
Brian M. Forbes (bforbes@klng.com)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175

March 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Calusa's Response To Plaintiff's Objections To The Magistrate Judge's Report And Recommendation** was filed with the Clerk of the United States District Court for the District of Rhode Island this 15th day of March, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre (Bar No. 4019)
Claude Lefebvre, Christopher Lefebvre, P.C.
P.O. Box 479
Pawtucket, RI 02862

Steven E. Snow (#1774)

906935_1/5629-2