**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CYNTHIA A. DIXON,<br>Plaintiff<br><br>v.<br><br>CALUSA INVESTMENTS, LLC d/b/a<br>NEXT DAY LOAN,<br>Defendant | C.A. No. 06-CV-442 |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT**
**OF MOTION OF CALUSA INVESTMENTS, LLC TO DISMISS COMPLAINT**

Defendant, Calusa Investments, LLC, d/b/a Next Day Loans ("Calusa"), hereby notifies the Court of the attached supplemental authority in support of its Motion to Dismiss Complaint. See Dixon v. Shamrock Financial Corp., No. 06-11828, 2007 WL 1170639 (D. Mass. April 20, 2007) (rejecting Cole, finding existence of "firm offer" of credit, and dismissing case even though defendant's firm offer of credit contained no loan amount, repayment term, or interest rate) (attached as Exhibit A hereto).

CALUSA INVESTMENTS, LLC d/b/a
NEXT DAY LOANS

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

*Pro hac vice*

R. Bruce Allensworth
Irene C. Freidel
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175 FAX
E-mail:bruce.allensworth@klgates.com
irene.freidel@klgates.com

DATED: May 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Supplemental Authority in Support of Motion of Calusa Investments, LLC to Dismiss Complaint** was filed with the Clerk of the United States District Court for the District of Rhode Island this 10th day of May, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq./Claude Lefebvre, Christopher Lefebvre, P.C.

/s/ Steven E. Snow