# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CYNTHIA A. DIXON,<br><br>Plaintiff,<br><br>v.<br><br>CALUSA INVESTMENTS, LLC<br>d/b/a NEXT DAY LOAN,<br><br>Defendant. | C.A. No. 06-442-T |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION OF CALUSA INVESTMENTS, LLC TO DISMISS COMPLAINT

Defendant, Calusa Investments, LLC, d/b/a Next Day Loans ("Calusa"), hereby notifies the Court of the attached supplemental authority in support of its Motion to Dismiss Complaint. See Phinn v. Capital One Auto Finance, Inc., No. 07-CV-10940 (E.D. Mich. June 11, 2007) (rejecting Cole, finding existence of "firm offer" of credit, and dismissing plaintiff's Complaint).

CALUSA INVESTMENTS, LLC d/b/a
NEXT DAY LOANS

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: June 14, 2007

*Pro hac vice*

R. Bruce Allensworth
Irene C. Freidel
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175 FAX
bruce.allensworth@klgates.com
irene.freidel@klgates.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION OF CALUSA INVESTMENTS, LLC TO DISMISS COMPLAINT was filed with the Clerk of the United States District Court for the District of Rhode Island this 14th day of June, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq. / Law Offices of Claude Lefebvre & Sons
clbankrupt@aol.com

/s/ Steven E. Snow

923341_1/5629-2