**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CYNTHIA A. DIXON,<br><br>Plaintiff,<br><br>v.<br><br>CALUSA INVESTMENTS, LLC<br>d/b/a NEXT DAY LOAN,<br><br>Defendant. | C.A. No. 06-442-T |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION OF CALUSA INVESTMENTS, LLC TO DISMISS COMPLAINT**

Defendant, Calusa Investments, LLC d/b/a Next Day Loans ("Calusa"), hereby notifies the Court of the attached supplemental authority in support of its Motion to Dismiss Complaint. See McFarland v. Calusa Investments LLC, No. 06-1519 (W.D. Pa. July 10, 2007) (order dismissing claim with prejudice). A copy of the Court's July 10, 2007 Memorandum Order ("Order") is attached hereto as Exhibit A.

In McFarland, the plaintiff brought an action against Calusa under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, et seq. ("FCRA") on the ground that the mailer that Calusa sent her was not a "firm offer of credit" within the meaning of the statute. The mailer and claim at issue in McFarland is substantively identical to the mailer and claim at issue here. Compare McFarland firm offer of credit (attached as Exhibit B hereto) with Exhibits A-C to Complaint. The McFarland Court granted Calusa's Motion to Dismiss with prejudice upon finding that Calusa's mailer was a "firm offer" as that term is defined in FCRA. See, Order at *7-8.

Specifically, the court in McFarland concluded that "[t]here can be no question that [Calusa] solicited potential customers in order to extend credit subject to the provision that the customers proved to be credit worthy." See Order at *7. Further, "there has been no

allegation that [Calusa] would not have honored the prescreened offer made to plaintiff if plaintiff met the employment, income, credit and collateral conditions determined by defendant." Id. Finally the court held that "the mailer here complies with FCRA, as it is a firm offer of credit and not, like in Cole, just a sham or guise made only to solicit buyers for a consumer good." Id. at *8. Magistrate Judge Almond reached the same conclusion here.

For these reasons, and for the reasons stated in Calusa's Motion to Dismiss Complaint and related pleadings, Calusa respectfully requests that the Court grant its Motion and dismiss Plaintiff's Complaint with prejudice.

CALUSA INVESTMENTS, LLC
d/b/a NEXT DAY LOANS

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: July 24, 2007

*Pro hac vice*

R. Bruce Allensworth
Irene C. Freidel
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175 FAX
bruce.allensworth@klgates.com
irene.freidel@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION OF CALUSA INVESTMENTS, LLC TO DISMISS COMPLAINT was filed with the Clerk of the United States District Court for the District of Rhode Island this 24th day of July, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq. / Law Offices of Claude Lefebvre & Sons
clbankrupt@aol.com

/s/ Steven E. Snow

929384_1/5629-2