# Exhibit B

# YOUR LOAN
# YOUR WAY



**CALUSA**
*Your Nationwide Mortgage Source*

- No Restrictions on How You Spend Your Money
- No Hidden Fees
- No Hassle Loan Process

## Calusa, a nationwide mortgage lender, offers programs that fit your needs:



**SAVE HUNDREDS EACH MONTH.** Begin saving today.

**NO EQUITY? No Problem.** Calusa lends up to 125% of your home's value.

**NEED MONEY FAST? No Problem.** Call now and get an answer today.

183BKSP

P.O. [illegible] 10840
Herndon, VA 20171

PRESORTED STANDARD

PRSRT STD
U.S. POSTAGE
PAID
PHILA, PA
PERMIT 6162

What could Financial Freedom
look like to you?

Next Day LOANS*

November 6, 2006

$110,500.00

THE SUM OF: One Hundred Ten Thousand Five Hundred ------ 00/100

To The Order of
Elaine M. McFarland
304 E Euclid Ave.
New Castle, PA 16105-2621

Call Calusa: 1-800-608-7534
Mon-Thr 9AM to 10PM, Fri 9AM-7PM, Sat 9AM-4PM (EST)

RESERVATION#: C23 86L 834 9847

NON-NEGOTIABLE. THIS IS NOT A CHECK

YOU'VE BEEN PRE-SELECTED

## Change your financial future in just 24 hours with your NEW Calusa Debt Consolidation Loan

Dear Elaine,

It's absolutely true. Elaine, you've been pre-selected to take advantage of this exclusive offer. Just one simple phone call and you're on the way to Financial Freedom! Use the money to totally erase your high interest debts. Your credit cards would be wiped out. You'd owe nothing. ZERO. In addition, you could get $5,000, $10,000 even $20,000 or more in cash for home improvements, to buy a car or to use for any purpose.

**✓ SAVE HUNDREDS OF DOLLARS A MONTH**

Consolidate your monthly bills into one low payment

**✓ NO EQUITY, NO PROBLEM**

There are no fees to get started

**✓ TAX DEDUCTIBLE**

The interest on your loan may be tax deductible*

**✓ IT'S FAST AND EASY!**

Start enjoying financial freedom with a FREE 10 minute phone call

Regardless of your credit history, Calusa has a loan to fit your needs. Many financial experts agree, a Debt Consolidation Loan is a smart way to regain control of your finances. Calusa, a nationwide expert in debt consolidation, specializes in helping families just like yours consolidate debt and lower their monthly payments.

Elaine, see how you can reduce your monthly payments:

**Your Current Monthly Payments:†**

| EXAMPLE: | BALANCE | PAYMENT |
|---|---|---|
| Existing Mortgage | $85,000 | $594 |
| VISA (18% APR) | $7,250 | $254 |
| Master Card (18% APR) | $4,280 | $150 |
| Auto Loan (8% APR) | $4,327 | $304 |
| Department Store (21% APR) | $2,175 | $109 |
| Personal Loan (19% APR) | $2,764 | $119 |
| | Total: | ~~$1,530~~ |

## Your Payment Savings

# $720

## In Your First Month

## Your NEW Lower Monthly Payment:

# $810

Elaine, you are pre-selected so call today and simply ask for your funds. Funds for this program are limited and we may not write you again so take advantage of this opportunity to consolidate your high-interest debts and get the cash you need today.

**CALL: 1-800-608-7534** by 12/16/2006

Mon-Thr 9AM to 10PM, Fri 9AM-7PM, Sat 9AM-4PM (EST)

Apply online at: **www.calusa123.com**

Calusa Investments, LLC., Corporate Headquarters: 14040 Park Center Road, Herndon, VA 20171 • Calusa Investments, LLC., DBA Next Day Loans

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll free 1-888-567-8688. See PRESCREEN & OPT OUT NOTICE on the other side for more information about prescreened offers.

* The example is based upon the following: A New Calusa arm loan of $110,500 with a rate of 7.99% Fixed for 3 years, a term of 360 months (30 years) and an Annual Percentage Rate ("APR") of 10.895%.Your rate may vary according to your credit history, and other factors. Origination fees and closing costs are included in the APR and may vary by state. Your exact amount of savings may vary based on actual debt owed, time left on installment loans and credit score. Although a debt consolidation loan may lower your monthly payments, it may increase the number of monthly payments and increase the amount paid over the term of the loan. Credit Card payments assume 18% APR with a minimum payment of 3.5% of the balances of $7,250 on Visa and $4,280 on Master Card. Auto loan payment assumes 8% APR and a 5-year term with 15 months remaining on the term and a balance of $4,327 Department store card assumes a 21% APR with a minimum payment of 5% of the balance of $2,175 Personal loan assumes a 19% APR and a 4-year term, 29 months remaining and a balance of $2,764.

EQUAL HOUSING LENDER

FRM064

5734/01/B-04/29589/259043

*See reverse for important information about this offer.

14

**PRESCREEN & OPT OUT NOTICE**

**This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our employment, credit, income, and collateral criteria. If you do not want to receive prescreened offers of credit from this and other companies, call the consumer reporting agencies toll free at 1-888-567-8688; or write:**

**TransUnion LLC**
**Attn: Marketing Opt-Out**
**PO Box 97328**
**Jackson, MS 39288-7328**

**Equifax Information Service Center**
**PO Box 105873**
**Atlanta, GA 30348**

**Experian**
**PO Box 2104**
**Allen, TX 75013-2104**

***OFFER TERMS AND CONDITIONS**

You received this offer because you satisfied our initial criteria for creditworthiness. This offer is contingent on our receiving a valid first or second lien on an owner-occupied one to two family residence, excluding mobile homes, manufactured homes and co-ops, with a value that is within our minimum and maximum property value requirements. An appraisal of your residence may be required. This offer is subject to minimum and maximum loan amounts. Approval is subject to verification of employment and acceptable income, credit history and collateral. This offer may not be extended if, after responding to this offer, it is determined that you no longer meet the criteria used to select you for this offer or other specific criteria bearing on your creditworthiness in effect at the time of this mailing.

Next Day Loans is a special loan program offered by Calusa Investments, LLC and Calusa Investments, LLC d/b/a Next Day Loans. For Next Day Loans, if all required documents are received by your Calusa representative on the day you contact Calusa, your information will be reviewed by underwriting and a decision will be issued by the end of the next business day. Final approval is subject to acceptable appraisal and title reports.

2

AL: Certificate of Registration; AR: Mortgage Loan Company and Loan Broker License, No. MLCB-11485; AZ: Mortgage Banker License No. BKBR-0110298 & BK-0907546; CA: California Finance Lenders License, No: 603-8123; CO: Supervised Lender License No. 987859; CT: First Mortgage Correspondent Lender/Broker License No. 10477, Second Mortgage Lender/Broker License No. 10478; DE: Licensed Lender License No. 2000139; FL: Mortgage Lending License No. 354835; GA: Georgia Residential Mortgage Licensee, Lender License No. 16785; ID: Mortgage Regulated Lender License No. RMD-955 & Mortgage Broker/Lender License No. 2728; IL: Residential Mortgage License No. MB.6759911; IN: Loan License No. 8620; IA: Mortgage Banker License No. MBK - 2001-0116; KS: Kansas Licensed Mortgage Company, Supervised Loan License No. 2002-4238; KY: Mortgage Loan Company License No. 854; LA: Residential Mortgage Lender License No. RML 2248; ME: Supervised Lender License No. SLM5548; MA: Mortgage Lender License No. ML2910 Certificate No. 73563; MD: Mortgage Lender License No. 7573; MI: First Mortgage Lender License No. FL0011564 & Secondary Mortgage Lender Registration No. SR0011565; MN: Residential Mortgage Originator License No. 20293691. This is not an offer to enter into an interest rate lock-in agreement under MN law; NE: Mortgage Banker License; MS: Mortgage Company License No.106/2005; Licensed by the New Hampshire banking department Mortgage Banker 8715-MB; ND: Money Broker License No. MB100075; NM: Registration Certificate 02156; OH: Mortgage Broker Certificate No. MB.803539.000 & MB.803539.001BR @ 600 Superior Ave., Suite 1300 Cleveland, OH 44114 & Certificate No. SM.501350.000; OK: Supervised Lender License No. SL005044; OR: Mortgage Lender License No. ML-2477; PA: Licensed by the Pennsylvania Department of Banking First Mortgage Banker License No's. 15862.001 and 15862 Second Mortgage Banker's License No's. 16226.001 and 16226; RI: Licensed Lender, Mortgage Lender License No. 20021362 LL; SC: Supervised Lenders License No. S-6,031; SD: Mortgage Lender License No. 2005-4395 ML; TN: Mortgage Lender License No. 0000002907; TX: Regulated Loan License No. 10519-46814; UTAH: Mortgage Lender Company License No. 5495663-MLCO; VA: Mortgage Lender & Broker No. MLB-858; VT: Lender License No. 5637; WA: Consumer Loan License No. 520-CL-22923; WV: Mortgage Lender License No. ML-20799; WI: Mortgage Banker License No. 416; WY: Supervised Lender License No. SL-1726 and Residential Mortgage Lender License No. MBL 237.

7A