# Appendix B

Next Day LOANS*

DATE: August 28, 2006

$ 265,625.00

THE SUM OF: Two Hundred Sixty Five Thousand Six Hundred Twenty Five ------ 00/100

TO THE ORDER OF:
Cynthia A. Dixon
141 Pinecrest Dr.
Pawtucket, RI 02861-1578

STATUS: PRE-SELECTED*

RESERVATION NUMBER: C22 5CG 654 8880

Call Calusa: 1-800-727-9960
Mon-Thr 9AM to 10PM, Fri 9AM-7PM, Sat 9AM-4PM (EST)

NON-NEGOTIABLE, THIS IS NOT A CHECK

Next Day LOANS*

- Pay Off Your High Interest Loans
- Consolidate Your Credit Cards
- Save Hundreds of Dollars a Month
- No Equity No Problem
- Tax Deductible*

Call Toll Free:
**1-800-727-9960**
by October 6, 2006

Mon-Thr 9:00AM to 10:00PM,
Fri 9:00AM to 7:00PM,
Sat 9:00AM to 4:00 PM (EST)

**It's Fast and Easy!**
All it takes is a **FREE** 10-minute phone call and you are on your way to financial freedom.

Apply online at:
**www.calusa123.com**

# Change your financial future in just 24 hours with your NEW Next Day Loan!*

Dear Cynthia,

Think of what you could do with an extra $1,023 in your first month. With a Next Day Loan*, you could pay off your high-interest credit cards, make one lower monthly payment and take cash out to spend however you wish. Cynthia, you've been pre-selected* to take advantage of this exclusive offer. Just one simple phone call and you are on the way to financial freedom!

**Your Current Monthly Payments:†**

| EXAMPLE: | BALANCE | PAYMENT |
|---|---|---|
| Existing Mortgage | $212,500 | $1,486 |
| VISA (18% APR) | $12,750 | $446 |
| Master Card (18% APR) | $9,730 | $341 |
| Discover Card | $8,825 | $309 |
| Department Store (21% APR) | $3,575 | $179 |
| Personal Loan (19% APR) | $5,826 | $209 |
| | Total: | ~~$2,970~~ |

**Your New Lower Monthly Payment: $1,947**

**Payment Savings $1,023 Your First Month!**

Cynthia, you have been pre-selected* so call today and simply ask for your funds. Funds for this program are limited and we may not contact you again so take advantage of this opportunity to consolidate your high-interest debts and get the cash you need today.

Calusa Investments, LLC., Corporate Headquarters: 14040 Park Center Road, Herndon, VA 20171 • Calusa Investments, LLC., DBA Next Day Loan*

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll free 1-888-567-8688. See PRESCREEN & OPT OUT NOTICE on the other side for more information about prescreened offers.

† The example is based upon the following: A New Calusa arm loan of $265,625 with a rate of 7.99%, and a term of 360 months (30 years) and an Annual Percentage Rate ("APR") of 10.546%. Your rate may vary according to your credit history, and other factors. Origination fees and closing costs are included in the APR and may vary by state. Your exact amount of savings may vary based on actual debt owed, time left on installment loans and credit score. Although a debt consolidation loan may lower your monthly payments, it may increase the number of monthly payments and increase the amount paid over the term of the loan. Credit Card payments assume 18% APR with a minimum payment of 3.5% of the balances of $12,750 on Visa, $9,730 on Master Card and $8,825 on Discover Card. Department store card assumes a 21% APR with a minimum payment of 5% of the balance of $3,575. Personal loan assumes a 19% APR and a 4-year term, 37 months remaining and a balance of $5,826.

5597/01/B-01/1480/9722

*See reverse for important information about this offer

**PRESCREEN & OPT OUT NOTICE**

**This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our employment, credit, income, and collateral criteria. If you do not want to receive prescreened offers of credit from this and other companies, call the consumer reporting agencies toll free at 1-888-567-8688; or write:**

**TransUnion LLC**
**Attn: Marketing Opt-Out**
**PO Box 97328**
**Jackson, MS 39288-7328**

**Equifax Information Service Center**
**PO Box 105873**
**Atlanta, GA 30348**

**Experian**
**PO Box 2104**
**Allen, TX 75013-2104**

***OFFER TERMS AND CONDITIONS**

You received this offer because you satisfied our initial criteria for creditworthiness. This offer is contingent on our receiving a valid first or second lien on an owner-occupied one to two family residence, excluding mobile homes, manufactured homes and co-ops, with a value that is within our minimum and maximum property value requirements. An appraisal of your residence may be required. This offer is subject to minimum and maximum loan amounts. Approval is subject to verification of employment and acceptable income, credit history and collateral. This offer may not be extended if, after responding to this offer, it is determined that you no longer meet the criteria used to select you for this offer or other specific criteria bearing on your creditworthiness in effect at the time of this mailing.

Next Day Loans is a special loan program offered by Calusa Investments, LLC and Calusa Investments, LLC d/b/a Next Day Loans. For Next Day Loans, if all required documents are received by your Calusa representative on the day you contact Calusa, your information will be reviewed by underwriting and a decision will be issued by the end of the next business day. Final approval is subject to acceptable appraisal and title reports.

AL: Certificate of Registration; AR: Mortgage Loan Company and Loan Broker License, No. MLCB-11485; AZ: Mortgage Banker License No. BKBR-0110298 & BK-0907546; CA: California Finance Lenders License, No: 603-8123; CO: Supervised Lender License No. 987859; CT: First Mortgage Correspondent Lender/Broker License No. 10477. Second Mortgage Lender/Broker License No. 10478; DE: Licensed Lender License No. 2000139; FL: Mortgage Lending License No. 354835; GA: Georgia Residential Mortgage Licensee, Lender License No. 16785; ID: Mortgage Regulated Lender License No. RMD-955 & Mortgage Broker/Lender License No. 2728; IL: Residential Mortgage License No. MB.6759911; IN: Loan License No. 8620; IA: Mortgage Banker License No. MBK - 2001-0116; KS: Kansas Licensed Mortgage Company, Supervised Loan License No. 2002-4238; KY: Mortgage Loan Company License No. 854; LA: Residential Mortgage Lender License No. RML 2248; ME: Supervised Lender License No. SLM5548; MA: Mortgage Lender License No. ML2910 Certificate No. 73563; MD: Mortgage Lender License No. 7573; MI: First Mortgage Lender License No. FL0011564 & Secondary Mortgage Lender Registration No. SR0011565; MN: Residential Mortgage Originator License No. 20293691. This is not an offer to enter into an interest rate lock-in agreement under MN law; NE: Mortgage Banker License; MS: Mortgage Company License No.106/2005; Licensed by the New Hampshire banking department Mortgage Banker 8715-MB; ND: Money Broker License No. MB100075; NM: Registration Certificate 02156; OH: Mortgage Broker Certificate No. MB.803539.000 & MB.803539.001BR @ 600 Superior Ave., Suite 1300 Cleveland, OH 44114 & Certificate No. SM.501350.000; OK: Supervised Lender License No. SL005044; OR: Mortgage Lender License No. ML-2477; PA: Licensed by the Pennsylvania Department of Banking First Mortgage Banker License No's. 15862.001 and 15862 Second Mortgage Banker's License No's. 16226.001 and 16226; RI: Licensed Lender, Mortgage Lender License No. 20021362 LL; SC: Supervised Lenders License No. S-6,031; SD: Mortgage Lender License No. 2005-4395 ML; TN: Mortgage Lender License No. 0000002907; TX: Regulated Loan License No. 10519-46814; UTAH: Mortgage Lender Company License No. 5495663-MLCO; VA: Mortgage Lender & Broker No. MLB-858; VT: Lender License No. 5637; WA: Consumer Loan License No. 520-CL-22923; WV: Mortgage Lender License No. ML-20799; WI: Mortgage Banker License No. 416; WY: Supervised Lender License No. SL-1726 and Residential Mortgage Lender License No. MBL 237.