**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CYNTHIA A. DIXON,
Plaintiff

v. C.A. No. 06-442T

CALUSA INVESTMENTS, LLC,
d/b/a NEXT DAY LOAN,
Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters for the Defendant Calusa Investments, LLC and against Plaintiff Cynthia A. Dixon pursuant to this Court's Memorandum and Order granting Defendant's Motion to Dismiss, dated March 25th, 2008.

Enter:

Deputy Clerk

Dated: March 27, 2008